**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: TAX RETURNS AND RETURN INFORMATION** | * | |
| | * | **MJ NO.** 19-0064-B |
| **GRAND JURY INVESTIGATION** | * | |
| | * | **FILED *EX PARTE* AND UNDER SEAL** |

**UNITED STATES' APPLICATION FOR *EX PARTE* ORDER TO DISCLOSE ALABAMA STATE RETURNS AND RETURN INFORMATION**

COMES NOW the United States of America, by and through Richard W. Moore, United States Attorney for the Southern District of Alabama, and George F. May, Assistant United States Attorney for the Southern District of Alabama, and pursuant to Alabama Code § 40-2A-10(a), applies to the Court for an ex parte order directing the Alabama Department of Revenue to disclose to the applicant and others hereinafter named tax returns, return information, and other tax financial information regarding the following individual:

**Name:** [redacted]
**Date of Birth:** [redacted]
**Social Security No.:** [redacted]5462
**Last known address:** [redacted] **Theodore, Alabama 36582**

for the taxable periods **2016 through 2018**.

**Facts**

There is an ongoing criminal drug investigation by the Department of Homeland Security, Homeland Security Investigations (DHS-HSI) of the drug trafficking activities of [redacted] which includes the seizure of methamphetamine and drug proceeds in the form of U.S. currency from [redacted] is suspected of violations of 21 U.S.C. § 846 and 841(a)(1).

**Reasonable cause**

There is reasonable cause to believe that the above-described returns and return information would be relevant to matters regarding the aforementioned violations of 21 U.S.C.

§ 846 and 841(a)(1) allegedly committed [redacted]. The tax information may assist agents in, among other things, learning [redacted]'s legal addresses, his source of income and means of employment, whether taxable income is being reported, fraudulently reported, or not reported, and whether there are additional witnesses unknown to the government at this time. The tax information is also expected to show no legitimate source of income for [redacted], thus corroborating the investigation showing he earns his income through drug distribution.

The returns and return information are sought exclusively for use in a federal criminal investigation or proceeding concerning such acts. The information sought to be disclosed cannot reasonably be obtained, under the circumstances, from another source.

The United States requests that the Court order the Alabama Department of Revenue to certify, where returns and return information described above have not been filed or are not on file with the Alabama Department of Revenue, that no such returns and return information have been filed or are on file.

The United States requests that the Court order the Alabama Department of Revenue to provide any and all income information and records for the above-mentioned subject, independent of whether or not a return was filed, for each year up to and including income information the Alabama Department of Revenue has on file for the current year. As such, the United States requests a certification from the Alabama Department of Revenue of the income information it has for each year regarding the subject, independent from the tax return information.

The United States requests that the Court order the Alabama Department of Revenue to disclose such returns and return information described above as come into possession of the Alabama Department of Revenue subsequent to the date of this Order, but for not longer than 90

(ninety) days thereafter.

The applicant states that he and DHS-HSI Special Agent, Daniel E. Evans are personally and directly engaged in investigating this case. The information sought herein is solely for our use for that purpose. No disclosure will be made to any other person except in accordance with the provisions of 26 U.S.C. § 6103 and 26 C.F.R. § 301.6103(i)-(1).

The applicant states that the subject of this Application is the subject of a pending federal criminal indictment in the Southern District of Alabama. Publication of the Application and Order would compromise the investigation and the failure to seal the Application and Order would result in the public disclosure of confidential information relating to the identified taxpayer.

The applicant requests that this Court enter an order, ex parte and under seal, on this application granting disclosure by the Alabama Department of Revenue of the returns and return information specified in this application. The applicant requests that this application, and any order resulting therefrom, be sealed pending further order of the Court.

Respectfully submitted,

RICHARD W. MOORE
UNITED STATES ATTORNEY

George F. May
Assistant United States Attorney
United States Attorney's Office
63 South Royal Street, Suite 600
Mobile, Alabama 36602
Telephone: (251) 441-5845